JUDGE BUCHWALD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11 CV 2850

Anthony A. Oyibo-Ebije

RECEIVED
APR 27 2011
U.S.D.C. S.D.N.Y.
CASHIERS

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION

HRA/BEV/BFI/Ms. C. Mahamah/V. Fitzpatrick
McKenzie, R/NYC/HRA/Ms. C. Sylvia
FJC Security Services

Jury Trial: ☒ Yes ☐ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

__X__  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

_____  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).



_____  New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

Rev. 05/2010                              1

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name Anthony A. Ojibo-Ebije
Street Address 15 Lakeside Drive
County, City Roosevelt New York 11575
State & Zip Code New York 11575
Telephone Number 516 806 8879

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  Name HRA/BEV/BFI/Ms. C. Mahanwah/V. Fitzpatrick, Mckenzi
Street Address R/NYC/HRA/Ms. C. Sylvia, 180 Water Str
County, City Manhattan
State & Zip Code New York 10038
Telephone Number

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer
Street Address
County, City
State & Zip Code
Telephone Number

## II. Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____ Failure to hire me.

_____ Termination of my employment.

_____ Failure to promote me.

_____ Failure to accommodate my disability.

_____ Unequal terms and conditions of my employment.

*Rev. 05/2010*                                          2

        X        Retaliation.

        X        Other acts *(specify)*: (See section (E)).

   *Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: _____.
                                                                                                                   *Date(s)*

C. I believe that defendant(s) *(check one)*:

        X        is still committing these acts against me.

        ___      is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

   ☐ race _____   ☐ color _____

   ☐ gender/sex _____   ☐ religion _____

   ☐ national origin _____

   ☐ age. My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

   ☐ disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

Retaliation, incessant harassment because I filed EEOC complaints, witness tampering and threat of retaliation against witness and loss of job/employment obstructing justice, fabrication, distorting records and defamation of character.

   *Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

### III. Exhaustion of Federal Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____ *(Date)*.

B.  The Equal Employment Opportunity Commission *(check one)*:

_____ has not issued a Notice of Right to Sue letter.

__X__ issued a Notice of Right to Sue letter, which I received on 01/28/2011 *(Date)*. and 03/18/2011.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: Fifty million dollars in emotional and punity damages, attorney fees and psychological effects.

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20___.

Signature of Plaintiff _bijeddopoyibo_

Address 15 Lakeside Drive Roosevelt NY 11575

Telephone Number 516 806 8879

Fax Number *(if you have one)* _____

*Rev. 05/2010*   4

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Anthony A. Oyibo-Ebije
15 Lakeside Drive
Roosevelt, NY 11575

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2010-02090 | Roxanne Zygmund, Investigator | (212) 336-3764 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Elizabeth Grossman,
Acting District Director

March 18, 2011
*(Date Mailed)*

Enclosures(s)

cc: Director, Human Resources
FJC SECURITY SERVICES
33-10 Queens Boulevard
Long Island City, NY 11101

EEOC Form 161 (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Anthony A. Oyibo-Ebije<br>15 Lakeside Drive<br>Roosevelt, NY 11575 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2010-01460 | John B. Douglass,<br>Supervisory Investigator | (212) 336-3620 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

Elizabeth Grossman,
Acting District Director

January 28, 2011
(Date Mailed)

cc:  Patrick Soohoo
Agency Attorney
NYC HUMAN RESOURCES ADMINISTRATION-
OFFICE OF LEGAL AFFAIRS
180 Water Street
New York, NY 10038



# U.S. Equal Employment Opportunity Commission
## New York District Office

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
FAX (212) 336-3625
1-800-669-4000

Respondent: NYC HUMAN RESOURCES ADMINISTRATION
EEOC Charge No.: 520-2010-01460 (Amended)
FEPA Charge No.:

April 23, 2010

Anthony A. Oyibo-Ebije
104-46 200th Street
Saint Albans, NY 11412

Dear Mr. Oyibo-Ebije:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

- [X]  Title VII of the Civil Rights Act of 1964 (Title VII)
- [ ]  The Age Discrimination in Employment Act (ADEA)
- [ ]  The Americans with Disabilities Act (ADA)
- [ ]  The Equal Pay Act (EPA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

[X]  Please be aware that we will send a copy of the charge to the agency listed below as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

New York State Division Of Human Rights
Federal Contract Unit
One Fordham Plaza, 4 Fl.
Bronx, NY 10458

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Roxanne Zygmund
Investigator
(212) 336-3764

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | AMENDED<br>520-2010-01460 |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Anthony A. Oyibo-Ebije | | 05/11/56 |

| Street Address | City, State and ZIP Code |
|---|---|
| 104-46 200th Street | Saint Albans, NY 11412 |

RECEIVED APR 2 0 2010 EEOC-NYDO-CRTU

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| HRA/BEV/BFI/Ms. C. Mahamah/V. FitzPatrick McKenzie, R/NYC/HRA/Ms. C. Sylvia | 3,000 | |

Street Address: 180 Water Street
City, State and ZIP Code: Manhattan New York 10038

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FJC Security Services | 3,000 | 347-4183800<br>212 2898287 |

Street Address: 33-10 Queens Blvd
City, State and ZIP Code: Long Island City, NY 11101

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☒ OTHER (Specify) defamation/incessant harassment

DATE(S) DISCRIMINATION TOOK PLACE
Earliest / Latest: 02/26/2010
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)): I have been subjected to act of retaliation and incessant harassment because I previously filed EEOC Complaints against these individuals and agencies (see attached marked (A). These agencies and these individuals are engage in witness tampering and threat of retaliation against witness and loss of job/employment. These individuals and these agencies are obstructing justice. On or about 06/09/09, Mr. R. McKenzie said "the lady you mentioned was angry and would deny

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

04/19/2010
Date — bijeAdopOyibo
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
CINDY GARCIA
Commissioner of Deeds, City of New York
No. 4-6974
Cert. Filed in New York County
Commission Expires 5-01-2011

12-19-10

| EEOC Form 5 (11/09) | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>AMENDED<br>520-2010-01460 |
| **New York State Division Of Human Rights** | | and EEOC |
| *State or local Agency, if any* | | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

everything you wrote." He further added "he was born in the United States and has been around longer than myself." He concluded saying: "HRA/IREA/BEV will always tell lies even under oath before United States Courts and "the management will squeeze my balls, if I fail to stop writting about the office.

HRA/BEV/Ms. C. Mahamah/V. FitzPatrick/R. Mckenzie/C. Sylvia are retaliating against me by filling frivolous charges against me (see attach marked (B)).

FJC security services became active partner of New York City HRA/BEV/IREA, in retaliating, fabricating, distorting, obstructing justice and defamation of my character effectively 12/4/09 up to date. Its action and objectives was and still to defame me and effectively ensure that HRA/BEV/IREA terminate my employment. The security company is a willing partner of New York City HRA/BEV/IREA.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br>I declare under penalty of perjury that the above is true and correct. | NOTARY – When necessary for State and Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
|---|---|
| 04/19/2010    [signature] bjeAdop'yibi<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br><br>CINDY GARCIA<br>Commissioner of Deeds, City of New York<br>No. 4-6974<br>Cert. Filed in New York County<br>Commission Expires 5-01-2011 |

4/19/10



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
FAX (212) 336-3625
1-800-669-4000

Respondent: FJC SECURITY SERVICES
EEOC Charge No.: 520-2010-02090
FEPA Charge No.:

April 23, 2010

Anthony A. Oyibo-Ebije
104-46 200th Street
Saint Albans, NY 11412

Dear Mr. Oyibo-Ebije:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]     The Age Discrimination in Employment Act (ADEA)

[ ]     The Americans with Disabilities Act (ADA)

[ ]     The Equal Pay Act (EPA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

[X]     Please be aware that we will send a copy of the charge to the agency listed below as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

New York State Division Of Human Rights
Federal Contract Unit
One Fordham Plaza, 4 Fl.
Bronx, NY 10458

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Roxanne Zygmund
Investigator
(212) 336-3764

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)

520-2010-02090

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | |

New York State Division Of Human Rights  and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Mr. Anthony A. Oyibo-Ebije
**Home Phone** (Incl. Area Code):
**Date of Birth**: 05/11/56

**Street Address**: 104-46 200th Street
**City, State and ZIP Code**: Saint Albans, NY 11412

RECEIVED APR 20 2010 EEOC NYDO-CRTU

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: HRA/BEV/BFI/Ms. C. Mahamah/V. Fitzpatrick/R. McKenzie, R/NYC/HRA/Ms. C. Sylvia
**No. Employees, Members**: 3,000
**Street Address**: 180 Water Street
**City, State and ZIP Code**: Manhattan, New York 10038

**Name**: FJC Security Services
**No. Employees, Members**: 3,000
**Phone No.**: 347-418-3800 / 212-289-8287
**Street Address**: 33-10 Queens Blvd
**City, State and ZIP Code**: Long Island City, NY 11101

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[X] OTHER (Specify): defamation/incessant harassment

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest / Latest: 02/26/2010
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I have been subjected to act of retaliation and incessant harassment because I previously filed EEOC Complaints against those individuals and agencies (see attached marked (A). These agencies and those individuals are engage in witness tampering and threat of retaliation against witness and loss of job/employment. These individuals and these agencies are obstructing justice. On or about 06/09/09, Mr. R. McKenzie said "the lady you mentioned was angry and would deny

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 04/19/2010
Charging Party Signature: Bije Ado Oyibo

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
CINDY GARCIA
Commissioner of Deeds, City of New York
No. 4-6974
Cert. Filed in New York County
Commission Expires 5-01-2011

| EEOC Form 5 (11/09) | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>520-2010-02090<br>and EEOC |

**New York State Division Of Human Rights**
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

everything you wrote." He further added "he was born in the United States and has been around longer than myself." He concluded saying: "HRA/IREA/BEV will always tell lies even under oath before United States Courts and "the management will squeeze my balls, if I fail to stop writing about the office.

HRA/BEV/Ms. C. Mahamah/V. Fitzpatrick/R. Mckenzie /C. Sylvia are retaliating against me by filling frivolous charges against me (see attach marked (B)).

FJC security services became active partner of New York City HRA/BEV/IREA, in retaliating, fabricating, distorting, obstructing justice and defamation of my character effectively 12/4/09 up to date. Its action and objectives was and still to defame me and effectively ensure that HRA/BEV/IREA terminate my employment. The security company is a willing partner of New York City HRA/BEV/IREA.

| | NOTARY - When necessary for State and Local Agency Requirements |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br>I declare under penalty of perjury that the above is true and correct.<br><br>04/19/2010    *[signature] Bije Adop Oyibo*<br>Date    Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT *[signature]*<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br><br>CINDY GARCIA<br>Commissioner of Deeds, City of New York<br>No. 4-6974<br>Cert. Filed in New York County<br>Commission Expires 5-01-2011<br>4-19-10 |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
District Office: (212) 336-3620

Anthony A. Oyibo-Ebije
15 Lakeside Drive
Roosevelt, NY 11575

Re:   EEOC Charge No.520-2010-02090
      *Anthony Oyibo-Ebije v. FJC Security Services*

Dear Mr. Oyibo-Ebije:

Pursuant to your contact with our office, I am enclosing a new *Notice of Right to Sue* dated today, to replace the one that was issued by this office on January 28, 2011.

The original Notice of Right to Sue issued to you on January 28, 2011 reflected a charge number and respondent of a related charge that you filed with this office. Please accept my apologies for this error.

If you wish to pursue this matter further in federal court, your lawsuit must be filed within 90 days of your receipt of the enclosed Notice.

Please call me at (212) 336-3765 if you have any further questions.


Sincerely,

/John B. Douglass
Supervisory Investigator

3/18/11
Date

enc.

cc:   Director, Human Resources
      FJC Security Services
      33-10 Queens Boulevard
      Long Island City, NY 11101



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3630
General FAX: (212) 336-3625

Anthony A. Oyibo-Ebije
15 Lakeside Drive
Roosevelt, NY 11575

Re:   *Anthony A. Oyibo-Ebije v. NYC Human Resources Administration*
      *EEOC Charge No: 520-2010-01460*

Dear Mr. Oyibo-Ebije:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have evaluated your charge based upon the information and evidence submitted by both parties. You allege that you have been retaliated against by your employer, the New York City Human Resources Administration (hereinafter referred to as "Respondent"). More specifically, you allege to have been subjected to unwarranted disciplinary action by Respondent, involving incidents dating back to February 2009. You allege that these actions, in addition to other actions affecting the terms and conditions of your employment, have been taken against you by Respondent in retaliation for your prior complaints of discrimination filed both internally and with the Commission. You further allege that Respondent has fabricated information about you to support its disciplinary actions against you.

Respondent denies retaliating against you in any way. Respondent has submitted a detailed statement, including signed affidavits, in support of its position that the disciplinary actions taken against you were an appropriate response to your violations of its code of conduct on several occasions.

After reviewing the record, including several documents you submitted to the Commission subsequent to the filing of the above-referenced charge, we do not find sufficient information to conclude that Respondent's actions were a violation federal law.

While it is evident that a difference of opinion exists regarding the propriety of your behavior that led to the disciplinary actions taken against you, further investigation would unlikely result in a finding that Respondent's motivation was retaliation for engaging in a protected activity as defined by the Commission. Therefore, your charge will be dismissed. This determination does not certify that Respondent is in compliance with the statutes. No finding is made as to any other issue that might be construed as having been raised by this charge.

Attached is your Dismissal and Notice of Rights. If you wish to pursue this matter further in federal court, your lawsuit must be filed within 90 days of your receipt of the Notice. Please contact John Douglass, Supervisory Investigator at (212) 336-3765 if you have any questions.

Sincerely,

_____ for
/Elizabeth Grossman
Acting District Director

Date: January 28, 2011

enc.